The State of Florida *ex rel.* Columbus B. Smith, Plaintiff in Error, vs. Charles Marvin, J. D. Kelly, T. V. Porter, E. F. DeCottes and W. S. Pickett, as the Board of County Commissioners of Duval county.

Writ of Error to Circuit Court, Duval county.

*A. W. Cockrell & Son*, for Plaintiff in Error.

*Fleming & Fleming*, for Defendants in Error.

This action was brought by the plaintiff in error against the defendants in error. There was judgment for the defendants, and the plaintiff takes writ of error.

Writ of Error dismissed because irregularly sued out.

---

John W. Weeks, Plaintiff in Error, vs. S. E. Ives and C. E. Ferguson, late partners under the firm name of Ives & Ferguson, Defendants in Error.

Writ of Error to Circuit Court Orange county.

*J. M. Cheney*, for Plaintiff in Error.

*Arthur F. Odlin*, for Defendants in Error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiff, and the defendants take writ of error. The judgment is affirmed.